April 20, 2012

Mr. Craig T. Enoch
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701
Mr. Kurt Arbuckle
Kurt Arbuckle, P.C.
2700 Post Oak Blvd., Suite 950
Houston, TX 77056

RE: Case Number: 06-1084
 Court of Appeals Number: 01-05-00330-CV
 Trial Court Number: 2004-60534

Style: BISON BUILDING MATERIALS, LTD.
 v.
 LLOYD K. ALDRIDGE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The Motion to
File Post-Submission Brief is dismissed as moot. If you would like the
opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |
| |Mr. Norman W. Darwin |
| |Mr. David R. Jones |
| |Mr. Joshua Walton |
| |Wolfshohl |